01
02
03
04
05

06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 | UNITED STATES OF AMERICA,              )
       )   CASE NO. MJ 17-056
09 |        Plaintiff,                      )
       )
10 |    v.                                  )
       )   DETENTION ORDER
11 | THOMAS WEYER,                          )
       )
12 |        Defendant.                      )
   _____       )

13

14 | <u>Offense charged</u>:        Felon in Possession of a Firearm

15 | <u>Date of Detention Hearing</u>:     March 10, 2017.

16 |         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 | based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 | that no condition or combination of conditions which defendant can meet will reasonably assure

19 | the appearance of defendant as required and the safety of other persons and the community.

20 |          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21 |         1.      Defendant, having been previously convicted of the felony offense of Robbery,

22 | is charged with possession of a firearm after a search warrant was served on defendant and his

DETENTION ORDER
PAGE -1

01 vehicle at his place of employment.   The AUSA proffers that defendant was in fugitive status

02 for several weeks after learning about the issuance of the warrant.   Another firearm and

03 ammunition was alleged recovered from defendant's residence at the time of arrest.

2.      The Pretrial Services report recites a number of incidents of threats of violence allegedly made by defendant, and defendant was taken to the hospital after his arrest due to an overdose of methamphetamine.

3.      Defendant poses a risk of nonappearance due to a prior failure to appear, unemployment, unknown housing situation, drug use, and alleged fugitive status.   Defendant poses a risk of danger due to the nature of the instant offense, allegations of threats of violence toward co-workers and others, including arresting officers, and drug use.

4.      There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1.   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.   On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

01    with a court proceeding; and

02    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03    for the defendant, to the United States Marshal, and to the United State Pretrial Services

04    Officer.

05    DATED this <u>10th</u> day of March, 2017.

07    Mary Alice Theiler

08    United States Magistrate Judge

DETENTION ORDER
PAGE -3